*UNITED STATES DISTRICT COURT*

*CIVIL  COMPLAINT*
*CRIMINAL COMPLAINT*
**LIVIA M. SCOTTO**          ***CRIMINAL GROSS NEGLIGENCES***
***TORTS AND CONTRACTS***

*V.*

**UNITED STATES rt al**          *INSURANCE LIABILITY*
**JONATHAN BEATTY et al**
**MICHAEL DUNLAP et al**
**U.S. DEPARTMENT OF EDUCATION et al**
**STATE OF HAWAII et al**
 **THE CORPORATION COUNSEL  et al**
**COUNTY OF MAUI  HONOLULU HAWAII et al**
**M.DYER AND SONS INC. et al**
**UNITED CONTIENTAL HOLDINGS et al**
**DIPLOMAT TRAVEL et al**
*AND ANY AND ALL DEFENDANTS  HERETOFORE FILED et al*
 *AND ALL COUNSEL OF RECORD  et al*

*COMPLAINT  TORTS ;*
 *ON  GROUNDS OF RIGHT OF ACTION RESTATEMENT OF THE LAW IN THE COURTS*
*TORTS  28 U.S.C.S  SS 275 b.  BANK FRAUD $ 25 MILLION  LOAN U.S. AGRICULTURE*
*BUSINESS INDUSTRY LOAN.*
*Filed with SUMMONS , SUBPOENA FOR PRODUCTION OF POLICE REPORTS  OF*
*ASSAULTS , ECONOMIC HARMS , FINACIAL CRIMES,  LOAN DIVERSIONS, IDENTITY*
*THEFT IMPOSTER FILED INTENTIONAL  INFLICTIONS OF HARMS ASSAULTS BY*
*ACTORS , ABSOLUTE LIABILITY, (CANINE ASSAULTS ROTTWEILLER PITBULL*
*ATTACK DOGS WITHIN PERIMETER OF UNIVERSITY OF HAWAII  BY  ABNORMALLY*
*DANGEROUS ANIMALS ASSAULTS, EXHIBITS FILED IN RECORD  SKETCHES*
*ARTWORK DIGITAL PHOTOGRAPHS WERE FILED IN ORIGINAL VENUE AN*
*CONSOLIDATION OF ACTION ON  LEGAL CAUSE NECESSITY, DUE TO ATTORNEY*
*DISCIPLINE JUDICIAL OFFICER MISCONDUCT PROCEDURAL TECHNICAL ERRORS*
*AND PERJURIOUS STATEMENTS BY OFFICERS OF PREVIOUS VENUES FILED*
*HERETOFORE , MOTION FOR THE REMOVAL ALL AND NY DOCUMENTS RECORDS*
*OF EXHIBITS  TO BE USED AS PREPONDURANCE OF THE FACTS ,ON THEPROOF*
*STANDARD OF AUTHENTIFICATION  OF THE ORIGINAL S.*
*(see Fed. Rules of Evidence, ART X. R.1001,.1002, 1003.*
*Criminal LAW ,(See Exhibits in Support of Action, To SUBPOENA , POLICE REPORTS*
*COURT FILED PLEADINGS FILED HERETOFORE IN U.S.D.C. DISTRICT OF HAWAII*
*SOUTHERN DISTRICT HOUSTON ,TEXAS , MIDDLE DISTRICT TAMPA ,*
*MIAMI ,TALLAHASSE E JACKSONVILLE  OMAHA NEBRASKA  EASTERN DISTRICT OF*



AND ALL AND ANY OTHER DEFENDANTS HERETOFORE FILES et al

### ALL ENTITIES  FILED HEREIN ET AL

NOTICE UPON THE COURT

FILED WITH C.I.P. CONTENTS

11 TH CIR, R,26 1-2  (c )  **FILED WITH CIP IN**

**CONTAINED IN THE MOTION AND PETITION TO RESTATEMENT OF THE LAW IN THE COURTS**

**UNDER LAW I ,LIVIA M. SCOTTO .SWEAR TO AND**      CERTIFY TO THAT EFFECT

THAT I SERVED CERTIFICATE OF SERVICE TO DEFENDANTS  et al

MOTION FOR REINSTATEMENT OF ALL AND ANY

**CASES HERTOFORE FILED  19-2902cv**

## AND ALL AND ANY

### OTHER CASES FILED HERETOFORE

## LIVIA M. SCOTTO et al

## V.

## SOCIETE AIR FRANCE  ,GROUP  et al

## SOCIETE AIR FRANCE  et al

## VINCI GROUP et al

## AIR FRANCE et al

## AIR FRANCE KLM et al

## LISBOA ,PORTUGAL et al



**LIST OF INTERESTED PERSONS et al**

**All JOHN DOE  REINSURERS ET AL**

**INSURANCE  COMPANIES OF THE EXECUTIVE BOARD  ET AL**

**CORPORATE DISCLOSEURE**

**LIST OF PARTIES PERSONS SUBSIDIARIES**

**AFFILIATES ET AL et**

**ALL  Underwriters and Reinsurers  et al  of  aforementioned**

**And heretofore filed et al**


**19-2902**


**BRIEF ON APPEAL    DEFENDANTS  STRICT LIABILITYBREACH DUTY FRAUD PROFESSIONAL LIABILITY**


**BOARD OF VETERANS AFFAIRS**

**U.S.COURT OF VETERANS APPEALS**


**LIVIA M. SCOTTO**

**V.**

**U.S. VETERANS AFFAIRS et al**

**BOARD OF VETERANS AFFAIRS HONOLULU HAWAII et al**



PASADENA , BEVERLY HILLS SAN FRANCISCO CALIFORNIA

IN THE JUDICIARY OF HAWAII

LIVIA M. SCOTTO V.

A.R.R. ET AL

1cc -03-1-713  BIA AYABE

TITLE OF COURT APPEALEDFROM

CASES

case filed in Notice of Appeal

8;16-cv-02941

NOTICE ON APPEALFROM U.S.D.C. TAMPA FLORIDA

8:16-cv-3379

2016 -1606

1cc-03-1-713

1CC-14-2757

30360

27527

14=662 14-668 SCPWRIT CERT

U.S. COURT OF APPEALS FORTHE FEDERAL CIRCUIT

15-1198

For all and any cases

# ON APPEAL
# IN NOTICE OF APPEAL DIRECTLY
# RELATED CASES 8:18 -cv-CV-12816

UNITED STATES COURT OF FEDERAL CLAIMS

LIVIA M. SCOTTO
v.                              NOTICE OF CLAIMS

                              STRICT ABSOLUTE LIABILITY

                              BREACH  "DUTY"  " AGENCY "GROSS
                              CRIMINAAL NEGLIGENCES

U.S. V.A. et al                 DISCRIMINATORY PRACTICE

OFFICE OF PERSONNEL MANAGEMENT et al     CONCEALMENT OF INJURIES HARMS

JORDAN FOSTER et al             EMPLOYMENT LAW VIOLATIONS

COUNTY OF HONOLULU  et al       MALICIOUS PROSECUTION ASSET SEIZURES

CORPORATION COUNSEL et al       BREACH DUTY PROFESSIONAL LIABILITY

TRIPLER ARMY MEDICAL CENTER et al       FINANCIAL BENEIFIT FRAUD

U.S. VETERANS AFFAIRS  PACIFIC et al  REGIONAL  CAMPUS et al  FALSE ARREST

PETAGON FEDERAL CREDIT UNION  et al     BANK EMPLOYEES FRAUD

U.S. DEPARTMENT OF DEFENSE et al     FEDERAL CONTRACTOR FRAUD
U.S.   STATE DEPARTMENT  ET AL       ILLEGAL  DETAINMENT

U.S. DEPARTMENT OF  LABOR et al  DENIAL OF SALARY WAGES FROM STATE OWNED
UNITED AIRLINES et al            OPM  CONTRACTORS  LARSCENY PROPERTY CARGO

WORKFORCE SOLUTIONS et al       CONTRACTOR FRAUD ILLEGAL TAKINGS CUSTOM

U.S.V.A. RESEARCH AND DEVELOPMENT  et al SEXUAL HARASSMENTS ASSAULTS

OFFICE GENERAL COUNSEL  et al    DEFAMATION OF CHARACTER MALNUTRITION

MILES MIYAMOTO et al            ACTIONABLE  LIBEL  VETERANS RETRO BENEFITS

STATE OF HAWAII et al           AASAULTS HOUSING DISCRIMINATION

U.S.VETRANS AFFAIRS et al       LOAN DIVERSIONS  BANK FRAUD

ONE JARRETT WHITE ROAD          MANIPIULATION OF LEGAL RECORDS

HONOLULU HAWAII  et al          RETALIATIONS ASSUALTS

UNITED STATES BOARD VETERANS AFFAIRS et al  JUDICIAL DISCRIMINATION PERJURY

U.S.COURT OF VETERANS APPEALS JUDGES  et al  MANIPULATION OF LEGAL RECORDS

U.S.VA. HONOLULU HAWAII et al       PHYSICIAN  MISDIAGNOSIS

U.S.V.A.  HOUSTON TEXAS et al    HOAPITAL DISCRIMINATORY PRACTICE

                              OBSTRUCTION OF JUSTICE  VACCINE INJURIES

U.S. AIR FORCE et al            MALICIOUS PROSECUTION  SLANDER CALUMNY



ADVENTURE RESORTS REALTY et al

JORDAN FOSTER et al

GREYSTAR et al

MAUI COMMUNITY COLLEGE et al

UNIVERSITY OF HAWAII et al

THE MEDEROIS TRUST et al of MAUI HAWAII et al

JONATHAN BEATTY TRUST of KEHEI ,KAHALUI et al

THE CORPORATION COUNSEL of MAUI

HONOLULU PROSECUTORS OFFICE et al

HAWAII PUBLIC HOUSING AUTHORITY et al

U.S. HOUSING AND URBAN DEVELOPMENT AGENCY et al

THE DANIEL INOUYE TRUST et al

SPARKS MATSUNAGA MEDICAL CENTER et al

U.S.JUDICIAL OFFICERS OF SOUTHERN DISTRICT , NEW YORK ,HOUSTON ,DALLAS, TEXAS  et al

JUDICIAL OFFICERS of JUDICIARY  SECOND CIRCUIT COURT et al

WAILUKU , HAWAII OAHU , FIRST CIRCUIT COURT et al

STATE OF HAWAII JUDICIARY et al

ON JUDICIAL CONDUCT   et al

OAHU FIRST CIRCUIT  JUDICIAL OFFICERS et al

FAMILY COURT KAPOLEI  HAWAII et al

HONOLULU PROSCEUTORS ATTORNEYS OFFICE et al

DISTRICT COURT JUDGES et al of the FIRST CIRCUIT

KAUIKEAOULI  HALE ALAKEA  ST HONOLULU HAWAII

SUPREME COURT JUSTICES  et al

COURT OF APPEALS



ᴏᴐ  ᴇᴶᴐ%ᴐᴐ)ᴐ?ᴐ⊣ᴐᴏᴐ▲ᕮᴐ$ᴐᴈᴔ=ᴐ%ᴐᴈ▲₳ᕮᴐ¬ᴐ↔Ŀᴇᴏᴐ

PASADENA , BEVERLY HILLS SAN FRANCISCO CALIFORNIA

IN THE JUDICIARY OF HAWAII

LIVIA M. SCOTTO V.

A.R.R. ET AL

1cc -03-1-713  BIA AYABE

TITLE  OF COURT APPEALEDFROM

CASES

case filed in Notice of Appeal

8;16-cv-02941

NOTICE ON APPEALFROM U.S.D.C. TAMPA FLORIDA

8:16-cv-3379

2016  -1606

1cc-03-1-713

1CC-14-2757

30360

27527

14=662 14-668  SCPWRIT CERT

U.S. COURT OF APPEALS FORTHE FEDERAL CIRCUIT

15-1198

For all and any cases

# ON APPEAL
# IN NOTICE OF APPEAL DIRECTLY
# RELATED CASES 8:18 -cv-CV-12816




HP Color LaserJet MFP M283fdw

Fax Confirmation

Jul-11-2022  11:54AM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 773 | 7/11/2022 | 11:49:16AM | Send | 8664131069 | 5:25 | 14 | OK |

State of New York

ROBERT ABRAMS BUILDING
FOR LAW AND JUSTICE
BOX 7344, CAPITOL STATION
ALBANY, NEW YORK 12224

(518) 452-3411

*NOTICE OF LIS PENDENS*

Section 2.06  2.08

*AGAINST DEFENDANTS PROPERTIES HOLDNGS*



DEMAND FOR ACTUAL PERCUNL
SPECIAL HARMS FOR          PUNITIVE
DAMAGES  $ 99775 BILLION .000.000.000.00

*LIVIA M. SCOTTO*
v.
SUPREME COURT NEW YORK et al.

*NOTICE OF PETITION*
*SUMMONS*
APPLICATION INDEX NO.
ORDER TO SHOW CAUSE   NEGLIGENCE
ABSOLUTE  STRICT  LIABILITY  882
                              88 340

*MOTION FOR APPOINTMENT OF  COUNSEL*

*LIVIA M. SCOTTO*
v.
*MAIMONIDES et al*

U.S. VIRGIN ISLANDS PUBLIC FINANCE
AUTHORITY et al  ILLEGAL TAKE...

*Wells Fargo  Bank et al*

*MAUI COMMUNITY COLLEGE et al*

*UNIVERSITY OF HAWAII et al*

*JONATHAN BEATTY et al*

*MEDERIOS TRUST et al*

*M.DYER AND SONS ,INC. et al*

*CORPORATION  COUNSEL OF MAUI ,*

*COUNTY*

et al



*MEDERIOS TRUST et al*

*COUNTY OF MAUI et al*

*COUNTY OF HONOLULU et al*

*CORPORATION COUNSEL et al*

*NEL NET et al*

*JEFFREY R. NOORDHOEK et al*

*MICHAEL DUNLAP et al CEO et al*

*WILLIAM J. MUNN et al*

*COUNSEL OF RECORD et al*

*ASAP UNION BANK TRUST et al*

*UNITED STATES DEPT OF JUSTICE et al*

*DEPARTMENT OF EDUCATION et al*

*OFFICE OF CIVIL RIGHTS et al*

*U.S. EDUCATION OCR OF SEATTLE*

*WASHINGTON ,DISTRICT OF COLUMBIA*

*STATE OF HAWAII et al*
*U.S. TREASURY et al*

*PENTAGON FEDERAL CREDIT UNION et al*

*Bank of Hawaii ,et al*

*MISFEAS.. .B ... ... ENTRAPMENT,*
*PREVENTION OF EMPLOYMENT*

*CREDITS ... .L*       *NEGLIGENCES*

*JONATHAN BEATTY TRUST et al ABNORORMALLY*

*COUNTY OF MAUI et al     DANGEROUS ANIMALS*

*UNIVERSITY OF HAWAII et al LOAN DIVERSIONS*

        *BANK FINANCIAL FRAUD JUDICIAL LAW*
*STATUTE*

 *SS 487 ART. 1 SECT. 224. 4 ART 2 SECTION 310.*
*LIABILITY STRICT ABSOLUTE VICARIOUS LIABILITY*
*MANIPULATION RECORDS CULPABILITY DECEPTIVE*
*PRACTICES SECTION 250.12 SECT 2.240 -243 14 ST.*
*224.12 ,13 MODEL PENAL CODE V THRU ATTORNEY*
*DECEIT VIOLATIONS OF RULES PROFESSIONAL*
*CONDUCT , WIRE FRAUD BANK ELECTRONIC*
*TRANSFERS LARSCENY SECTION 223.5 228 at .2.225.*
*226.*

      *EXHIBITS PROOF EVIDENCE*
*FILED        HERETOFORE*

      *CONCEALMENT OF HARMS     ,LEGAL*
*MEDICAL LIABILITY FOR CRIMINAL MEDICAL*
*PHARMACUETICAL NEGLIGENCES , HOMOCIDE*
*ART. 210. 1; 210. MURDER INTENT TO HARM WITH*
*KNOWLEDGE SECTION 210.3 (1) (b) 2.03.(1) (a)(b) 2.07*



♥ÿ=

MALFEASANCE, MISFEASANCE
INJURIES, HARMS   TORTUIOUS INTERFERANCE

MALICICIOUS  PROSECUTION

FALSE  IMPRISONMENT
WILLFUL   INTENTIONAL  PREVENTION OF
EMPLOYMENT INFLICTION
HARMS                    INTENTIONAL
MISCONDUCT

NECESSITY OF JURISTDICTION SS 315

PROTECTION OF PARTY  SS 343
NEGLECTS OF OFFICIAL DUTY  sS 306

BREECH  DUTY

CAUSE IN FACT

CERTAINTY OF  LAW  RES IPSA LOQUITER
DEMAND  OF AWARD

STRICT ABSOLUTE  LIABILITY
STATE OF HAWAII et al     ASSAULTS BATTERY
MEDIERIOS TRUST  et al  PREMISE LIABILITY
COUNTY OF MAUI et al  PENAL CODE SEC. 2.05
ROYAL BANK OF CANADA et al



ÇÇ♥É

**GREYSTAR et al**

**And All and Any Other Defendants – Appellees et al Hereto fore filed et al**

## MOTION FOR REINSTATEMENT OF CASES

ON APPEAL MOTION TO REVERSE VACATE MANDATE

MOTION FOR LIS PENDENS NOTICE OF PENDANCY IN CASES

MOTION TO SHOW CAUSE EVIDENCE

ASSAULTS ECONOMIC HARMS

OF CERTIFICATE OF SERVICE UPON DEFENDANTS COUNSEL OF RECORD et al

19-4084   19-4178   10-2902      19-4167      19-4084 19-2876

STATEMENT GROUNDS FOR REASONS IN SUPPORT OF REVERSAL OF MANDATE FILING IFP CERTIFICATE OF SERVICE

AND IN ALL RELATED CASES HERETOFORE FILED

| 19-4168 | 19-2871 |
|---------|---------|
| 19-2876 | 19- 4167 |
| 19-2476 | 19-2902 |

## 19 – 1456

## 19-2919

On Precedent of Schencker v. Société Air France et al

## STATEMENT OF THE FACTS

( Pursuant to Fed. Rule Appellate Procedure 24 . 1

RELEVANT MERITS ON FACTS OF EACH ISSUE PRESENTED

On Grounds of Corporate Commercial Bank , Air Cargo Violations

Id. 31 U.S.C 3717

(see Gearhart & Otis v , Sec. 348 F. 2d 798 ,803(D.C.Cir. )



CₜₜCⁿC−C'ÿK⁼Ḗ÷CBC♥ÿ%◎C§Cₜₜÿ♣≈C7Cÿ9ÿa◎C5C⁼ÿ3♥CÔC≡ÿ♣±C9ÿÅ

TREATY OF EU

CONFLICTS OF LAWS

VIOLATIONS OF THE PRINCIPLES OF NON - DISCRIMINATION

EU CHARTA OF FUNDAMENTAL RIGHTS AIR PASSENGER VIOLATIONS TREATIES ON FUNCTIONS OF EUROPEAN UNION OBSTRUCTION OF THE FREE MOVEMENT OF CAPITAL MEMBER STATES.

COMMON GLOBALLY. VIOLATIONS OF SUCH LAWS TREATIES DEMAND FOR SPECIFIED DAMAGES PERCUNIARY AWARDS.

LOAN DIVERSIONS BANK FRAUD SEE STATUES IN

THE FREE MOVEMENT OF GOODS LARSCENY PILLEERAGES ROBBERIES ASSAULTS BATTERY CARGO LOSSES STRANDING MALNUTRITION FALSE IMPRISIONMENT

OBSTRUCTION OF JUSTICE

ABUSE OF A DOMIENT POSITION

DENIAL OF JURY TRIAL

OF

SE S

*et al*

*CORPORATION COUNSELOF HONOLULU ,*
*Hawaii*
*et al*

*ARNAUD JACQUEMINet al*

*LORENZOBINI SMAGHI et al*

*And all shareholderparties, entities , et al*

*FREDERIC ODUEA et al*

*SGHAMBROS et al*

*BANQUE DE FRANCE et al*

*SOCIETE GENERALE et al*

*AIR FRANCE ET AL*

*UNITEDAIRLINES  et al*

*UNITEDCONTIENTALHOLDINGS et al*

*And all and any  defendantsfiled heretoforeet al*

*Counsel of record have been served  BY  ELECTRONIC
AND PROOF OF SERVICE UPON   Corporate
HEADQUARTERS  ET AL*

*BRIEFS ON THE APPEAL*

*AIR PASSENGERRIGHTS AIR SPACE*

*HUMAN RIGHTS VIOLATIONS*

*FILED WITH MOTIONS*

*NOTICE OF PENDANCY*

*MOTIONFOR APPOINTMENTOF*

*COUNSEL*

*MOTIONFOR BOND FOR COSTS*

*PURSUANTTO RULE FRAP.*

*NOTICE OF  FINANCIAL*



*HARDSHIP*

*MOTION FOR FOREIGN SERVICE*

*MOTION FOR SURETY BOND FOR*

*ASSIGNED COUNSEL ATTORNEYFEES*

*COSTS EXPENSES BILLABLE HOURS*

*EXPERT OPINION IN CASE FOR*

*THE INTEREST OF JUSTICE*

*MOTIONFOR TRAVEL EXPENSES TO VENUE*

*MOTIONFOR RES PLEVIN UPON APPEALLEES*

*MOTIONFOR RECOVERY OF PROPERTY*

*HELD IN PREMISES OF DEFENDANTS*

*Motion for AWARDS FOR PUNITIVE,*
*PERCUNIARY, HEDONIC, SPECIAL,*
*COMPENSATORYDAMAGES AND CIVIL MONEY*
*PENALTIES CLAWBACKS of LOAN DIVERSIONS*
*LOSS OF SEVICE ANIMAL,DENIALOF MEDICAL*

*TREATMENT TO INTERNATIONAL*
*DESTINATIONDENIEDBY THE*



AFOREMENTIONED DEFENDANTS ,
APPEALLEES et al

TORTURIOUS INTERFERENCE

OF DEFENDANTS ET AL

CAUSE IN FACT OF

IRREPARABLEMENTAL,HARMS

EMOTIONAL HEDONIC HARMS

PHYSICALHARMS

MOTIONTO RECOVER INTELLECTUALAND
DESIGNERPROPERTY

MOTIONTO CLAWBACK PRINCIPLE LOANS
BANK DEPOSITS

UNITEDCONTIENTALHOLDINGS ET AL
EMPLOYEES ET AL OF UNITEDAIRLINES DATA
BREECH HACKING OF TRAVEL ITINERARY
FLIGHT DETAIL

CAUSE IN FACT OF SEXUAL ASSAULTS

SLEEP DEPRIVATION, MALNUTRITION

INVASIONOF PRIVACY UPON

SECLUSION, STALKING



IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT

IN AND FOR THE HILLSBOURGH COUNTY, FLORIDA

LIVIA M. SCOTTO                      Case Number ; 21-CA-003810 DIV. K

NOTICE OF ADDITIONAL DEFENDANTS

CONSTRUCTION LIENS ASSETS  ON CORPORATE HOLDINGS

FOR BREACH OF CONTRACT

Plaintiff                    COMPLAINT ;PROFESSIONAL LIABILITY BREACH DUTY

OBSTRUCTION OF LEGAL PROCESS LEGAL RECORD MANIPULATION

PROFESSIONAL  MALPRACTICES NEGLIGENCE CAUSE OF DEATH

HOSPITAL ACCIDENT SLIP FALL ELSER ABUSE  HIPPA FRAUD

v.                           COMPLAINT

FOR SPECIAL HARMS SPECIFIED STRICT ABSOLUTE LIABILITY

MARS CORPORATION INC. ET AL    PUNITIVE PERCUNIARY   COMPULSATORY HEDONIC DAMAGES

BLUE PEARL VET CLINICS et al      ILLEGAL TAKINGS RACING GREYHOUND STEM CELL
BLUE PEARL SPECIALTY CLINICs et al      CAUSE OF DEATH OF  PURE BREED GREYHOUND
UNAUTHORIZED CLONINGS

CENTRAL PARK REHABILITATION et al      MEDICAL NEGLIGENCE  MALPRACTICE

BREACH  OF DUTY

AND  ALL  MEDICAL CORPORATE  STAFF THEREOF et al

DUTY STANDARS OF CARE

CONSULATE HEALTHCARE et al        LEGAL, MEDICAL INSURANCE MALFEASANCE MISFEASANCE

JESSICA M. MCLEAN , et al      LEGAL MALPRACTICE  BANK FRAUD INSURANCE FRAUD

VOLKS ANWALT et al            STRICT LIABILTY  PROPERTY DAMAGES ,CAUSE OF DEATH

STATE FARM INSURANCE COMPANIES  UNDERWRITERS et al ) FAMILY INTERFERANCE

STATE FARM LLOYDS et al            PROPERTY  DAMAGES  PERJURIOUS FORGED CLAIMS

UNITED WATER RESTORATION GROUP, INC. Et al   BREACH OF CONTRACT

LAJOS NAGY et al                      NOTICE OF LIENS ON DEFENDANTS  ASSETS

OWNERS  of  UNITED WATER RESTORATION GROUP  et al of ORMOND BEACH FLORIDA

UNITED WATER RESTORATION DAYTONA BEACH FLORIDA CEO et al

ZOLTON  KURUCZ et al

ENDRE BANFI  et al

JONATHAN RANNEY et al

BOB MOORE et al

UNITED WATER RESTORATION GROUP INC , FRANCHISES INC. ET AL

MARIA HOLIFEILD et al                              ACCOUNTING FRAUD

LEE HOAGLAND et al                       FORGERY OF CLAIMS EXAMINATION FALSE DATA
INDUCEMENT OF INSURANCE BAD FAITH
FRAUD

PILOT  CAT INSURANCE EXAMINERS et al

CLEARWATER UNDERWRITERS et al

WINTER HAVEN  HOLDINGS et al              INSURANCE RISK UNDERWRITING FRAUD

STELLAR PUBLIC ADJUSYERS et al              BREACH CONTRACT FAILURE TO ACT

FLORIN ROEBIG LAW FIRM et al                    LEGAL MALPRACTICE  ATTORNEY DECEIT

MORGAN AND MORGAN et al              BREACH OF CONTRACT LEGAL MALPRACTICE

SCOTT PATRICK DISTASIOS et al       ATTORNEY DECEIT LEGAL MALPRACTICE

                               PROPERTY LANDSCAPING PLANTS TREES DESTRUCTION

M & V LANDSCAPING et al              ILLEGAL USE OF DANGEROUS LETHAL CHEMICALS

ADVENTURE RESORTS REALTY et al       SEXUAL HARASSMENT HOSTILE ENVIRONMENT

    EAD et al                     EMPLOYMENT LAW  NONPAYED WAGES SALARY BONUSES
UNPAID COMMISSIONS

EAD ASSOCIATES  et al                         ECONOMIC LEGAL FINANCIAL HARMS

ALAN DICKLER et al       PERJURIOUS  CLAIMS MADE TO JUDICIAL OFFICERS IN U.S.D.C.

                         AND APPEALS VENUES IN SUCH VENUES TO CONSPIRE TO DISMISS
CASES

                        HAWAII FLORIDA TEXAS CHICAGO NEW YORK  GEORGIA
OMAHA NEBRASKA  NEW ORKEANS LOUISANA

HENRY M. COXE III et al              PERJURY ACTIONABLE LIBEL LEGAL  MALPRACTICE FRAUD

BEDELL LAW FIRM et al   DESTRUCTION OF LEGAL RECORDS  COMPLAINTS

UNITED AIRLINES et al              LARSCENY OF PROPERTY AIRPORT ROBBERIES COLLUSION

UNITED CONTIENTAL HOLDINGS et al         CONCEALMENT OF LARSCENY PROPERTY

JONATHAN BEATTY et al    OWNERS OF ATTACK DOGS  INJURIES ASSAULTED BY PITBULL
ROTTWEILLERS DOGS CAUSE OF BLOOD LOSS SEVERE
DISABILITY

COUNTY OF MAUI et al              CONCEALMENT OF CRIMES

STATE OF HAWAII et al              DISCRIMINATION

CREDIT SUISSE et al          **BANK LOAN FRAUD LOAN DIVERSIONS**

VINCI GROUP et al          **PASSENGER AND PROPERTY  DETAINMENT  BANK FRAUD**

 VINCI CONCESSIONS et al

STATE FARM INSURANCE COMPANIES et al

M. DYER AND SONS et al

CONSULATE HEALTHCARE et al

MAMNOMIDES  MEDICAL CENTER et al

HOSPITALS INSURANCE COMPANIES  et al

FFH P  HOSPITALS TRUST et alet al

FOJP et al

LEWIS BRISBOIS BISGAARD ,  SMITH et al

COUNSEL OF RECORD et al

MARS CORPORATIONS et al

BLUE PEARL SPECIALTY AND EMERGENCY PET HOSPITAL et al

        MARS INCORPORATED et al

        BLUE PEARL VETERINARY PARTNERS  CLINIC  -BRANDON et al

        UNITED WATER RESTORATION  GROUP CONTRACTORS CLAIMS EXAMINERS  et al

        COUNSEL OF RECORD FILED HERETOFRE

         BY ELECTRONIC FORMAT on DATE OF 5/13/2021

AND ALL AND ANY OTHER DEFENDANTS et al and FILED HEREIN et al,

HERETOFORE FILRD et al

 EXHIBITS IN SUBSEQUENT PAGES TO SHOW CAUSE OF  DAMAGES ABSOLUTE STRICT  LIABILITY
OF DEFENDANTS ET AL FILED HEREIN AND HERETOFORE

ELECTRONIC AND HARD COPY  EXHIBITS FILED WITH SUMMONS SERVED ELECTRONICALLY UPON
DEFENDANTS  ET AL FILED HEREIN TO DATE .

MOTION TO FILE ADDITIONAL DEFENDANTS   EXHIBIT OF FILING TO SHOW CAUSE



FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2022 JUN 17  AM 11: 44

LIVIA M. SCOTTO

N. ANAYA
CLERK

IN THE SUPREME COURT OF HAWAII

HAWAII

JUDICIARY

COURT OF

APPEALS

CIRCUIT COURT OF

MAUI, WAILUKU HAWAII

CIRCUIT COURT

HONOLULU HAWAII

CORPORATION

COUNSEL OF MAUI et al

HONOLULU COUNTY

PROSECUTING ATTORNEYS OFFICE et al

MAUI CIRCUIT

CRIMINAL COURT

MAUI COUNTY PROSCEUTING

ATTORNEYS OFFICE et al

CAUSE

ORDER TO SHOW

SUBPOENA TUCCES DECCUM

EX-PARTE





Carmela Sciabarra
2710 Golf Heights Cir
Valrico, FL 33596



SHIP
TO:

PHILADELPHIA PA 19101

USPS SIGNATURE® TRACKING #

9534 9161 6222 2225 9226 86



UNITED STATES
POSTAL SERVICE.

USPS RETAIL GROUND®

US POSTAGE PAID
$15.55

Origin: 33594
08/13/22
11915003 45-13

Retail

2 Lb 11.50 Oz    1006

United States District Court
Clerk of the Court, Eastern District
U.S.D.C. PAED U.S. Courthouse
James A. Byrne,
601 Market Street
Philadelphia, PA., 19101


