*UNITED STATES DISTRICT COURT*

                                                    *CIVIL  COMPLAINT*
                                                    *CRIMINAL COMPLAINT*
*LIVIA M. SCOTTO*                        *CRIMINAL GROSS NEGLIGENCES*
                                                    *TORTS AND CONTRACTS*

  *V.*

*UNITED STATES rt al*                       *INSURANCE LIABILITY*
*JONATHAN BEATTY et al*
*MICHAEL DUNLAP et al*
*U.S. DEPARTMENT OF EDUCATION et al*
*STATE OF HAWAII et al*
 *THE CORPORATION COUNSEL  et al*
*COUNTY OF MAUI  HONOLULU HAWAII et al*
*M.DYER AND SONS INC. et al*
*UNITED CONTIENTAL HOLDINGS et al*
*DIPLOMAT TRAVEL et al*
*AND ANY AND ALL DEFENDANTS  HERETOFORE FILED et al*
 *AND ALL COUNSEL OF RECORD  et al*

                                            *COMPLAINT  TORTS ;*
 *ON  GROUNDS OF RIGHT OF ACTION RESTATEMENT OF THE LAW IN THE COURTS*
*TORTS  28 U.S.C.S  SS 275 b.  BANK FRAUD $ 25 MILLION  LOAN U.S. AGRICULTURE*
*BUSINESS INDUSTRY LOAN.*
*Filed with SUMMONS , SUBPOENA FOR PRODUCTION OF POLICE REPORTS  OF*
*ASSAULTS , ECONOMIC HARMS , FINACIAL CRIMES,  LOAN DIVERSIONS, IDENTITY*
*THEFT IMPOSTER FILED INTENTIONAL  INFLICTIONS OF HARMS ASSAULTS BY*
*ACTORS , ABSOLUTE LIABILITY, (CANINE ASSAULTS ROTTWEILLER PITBULL*
*ATTACK DOGS WITHIN PERIMETER OF UNIVERSITY OF HAWAII  BY  ABNORMALLY*
*DANGEROUS ANIMALS ASSAULTS, EXHIBITS FILED IN RECORD  SKETCHES*
*ARTWORK DIGITAL PHOTOGRAPHS WERE FILED IN ORIGINAL VENUE AN*
*CONSOLIDATION OF ACTION ON  LEGAL CAUSE NECESSITY, DUE TO ATTORNEY*
*DISCIPLINE JUDICIAL OFFICER MISCONDUCT PROCEDURAL TECHNICAL ERRORS*
*AND PERJURIOUS STATEMENTS BY OFFICERS OF PREVIOUS VENUES FILED*
*HERETOFORE , MOTION FOR THE REMOVAL ALL AND NY DOCUMENTS RECORDS*
*OF EXHIBITS  TO BE USED AS PREPONDURANCE OF THE FACTS ,ON THEPROOF*
*STANDARD OF AUTHENTIFICATION  OF THE ORIGINAL S.*
*(see Fed. Rules of Evidence, ART X. R.1001,.1002, 1003.*
*Criminal LAW ,(See Exhibits in Support of Action, To SUBPOENA , POLICE REPORTS*
*COURT FILED PLEADINGS FILED HERETOFORE IN U.S.D.C. DISTRICT OF HAWAII*
*SOUTHERN DISTRICT HOUSTON ,TEXAS  , MIDDLE DISTRICT TAMPA ,*
*MIAMI ,TALLAHASSE E JACKSONVILLE  OMAHA NEBRASKA  EASTERN DISTRICT OF*

SOCIETE GENERALE et al

EDOUARD-MALO HENRY  ET AL

SOCIETE GENERALE SA et al

189 rue d'Aubervilliers

75886 PARIS CEDEX 18

TOURS SOCIETE  GENERALE et al

75886 PARIS  CEDEX 18 FRANCE

ALAIN BOZZI et al

LVMH MOET HENNESSY LOUIS VUITTON S.E. et al

VTB BANK et al

SOLVAY  SA et al

And all and any Shareholders et al , affiliates et al

UNITED CONTIENTAL HOLDINGS et al

AIR FRANCE -KLM et al

DELTA AIRLINES et al

MARK FRANKLIN SCHWAB et al

STAR ALLIANCE GLOBAL  AFFILIATES et al

GmBH FRANKFURT  et al

ANN MARIE COUDERC et al

GEORGE MATTSON et al

EURONEXT DG et al

XAVIER HULLIAD et al

NICHOLAS NOTEBAERT et al

YVES-THIBAULT SIGUY et al

AEROPORTOS de PORTUGAL  et al

ANA -ALS et al

QATAR HOLDINGS et al

SHIEK MOHHAMED  BIN AL   HIN

PIERRE COPPEY et al

AIR FRACE KLM et al

MOTION FOR WRIT OF EXECUTION FOREIGN SERVICE

FRENCH PARQUET NATIONAL  FINANCIER ET AL

QATAR HOLDINGS et al

And all affiailiates    et al

Owners of QATAR STATE  et al

SHAREHOLDERS  et al

SOCIETE GENERALE  SA et al

VINCI SA. Et al

PIERRE COPPEY et al

EXECUTIVE V.P.

CHAIRMAN

VINCI  AUTUROUTES ,  FRANCE  et al

  1   COURS FERNDINAND de LASSEPS , CEDEX
     RUEIL-MAIMAISON 92500 FRANCE

ADP et al, ENXTPA ADP  et al

GLOBAL INFRASTRUCTURE PARTNERS et al

VINCI GROUP et al

EUROPEAN BANKING AUTHORITY et al

AIR FRANCE KLM et al

UNITED  CONTIENTAL HOLDINGS et al

M.DYER AND SONS  et al

AXXA et al

MIDDLE EAST INSURERS et al

QATER HOLDINGS et al

CREDIT SUISSE et al

AND ALL CEO  CFO  et al  OWNER S  et al

 REBECCA PARKER et al

COUNSEL OF RECORD  et al

TATE MATTHEWS  et al

TRUE NORTH

HEATHER ENGEL et al

1411 FOURTH AVENUE  SUITE 701 SEATTLE WASHINGTON.
98101

98-054 KULEANA ROAD PEARL CITY , HAWAII 96782

M.DYER AND SONS  INC. et al and  ALL AND ANY PARTNERS
, AFFILLIATES et al

MOTION FOR WRIT OF FOREIGN AND DOMESTIC SERVICE OF PROCESS TRACE OF TRACKING OF ORDER OF SIEZURE RECOVERY OF PROPERTY LOANS BANK DEPOSITS On Behalf of the APPEALLANT THAT ARE HELD ILLEGALLY DUE TO BANK FRAUD LOAN DIVERSIONS CREDIT CHEQUES BUSINESS LOANS DIVERTED BY SOCIETE GENERALE et al BANCO ESPIRITOS SANTOS et al PENTAGON FEDERAL CREDIT UNION et al BARCLAYS BANK et al

MULTIBANCO et al SANTANDER BANK et al BANQUE de LUXEMBOURG DEPOSIT DISGORGEMENTS OF VINCI AEROPORT GROUP CONCESSIONS et al AND AIR FRANCE GROUND TRANSFER SEVICES UNITED CONTIENTAL HOLDINGS et al AIR FRANCE -KLM et al DELTA AIRLINES ET AL LUFTHANSA M.DYER & SONS et al TRUE NORTH RELOCATIONS et al TO BOARD FLIGHT AND OTHER ASSAULTS AIR PASSENGER VIOLATIONS OF AIRLINE SKYTEAM AFFILIATES THAT HAVE CRIMINAL CULPABILITY BY THE ACTORS TO CAUSE IN FACT OF

THE DEPRIVATIONS OF PRIVATE PROPERTY AND HUMAN RIGHTS VIOLATIONS CULPABILITY OF CARGO STRANDING      on  APPEALEES Premises

FOR PROPERTY THINGS  CARGO

HELD ON PREMISES OF THE ENTITIES FILED

HERETOFORE ET AL

ANA SA. AEROPORTOS de  PORTUGAL

RUA D. EDIFICO 120 1700-008 LISBON PORTUGAL

AEROPORTO de LISBOA

VINCI et al GROUP



ANA  /ALS   VINCI AIRPORT ET AL

LISBOA ,PORTUGAL

 UNITED AIRLINES ET AL

 HONOLULU  INTERNATIONAL AIRPORT ET AL

REBECCA PARKER ET AL

M.DYER AND SONS ,INC. et al

 AND ANY,AND ALL  OF

M.DYER AND SONS,  et al

And EMPLOYEES et al

  AFFILIATES et al

COUNTY OF HONOLULU et al

COUNTY OF  MAUI et al

JONATHAN  BEATTY TRUST et al

MEDERIOS TRUST  et al

  THE CORPORATION COUNSEL    TRUST ET AL

DIPLOMAT TRAVEL  et al

 HONOLULU  ,HAWAII ET AL

SKYTEAM ALLIANCE PARTNERS et al GmBH et al

MARK F. SCHWAB  et al

JEFF SMIESK et al

BRETT HART  ET AL

OSCAR MUNOZ et al

CAROLYN COLVI et al

AIR FRANCE  et al

ANN COUTREC  et al

JEAN CHRISTOPHE LALANNE  et al

PIETER BOOTSMA et al

URSULASAINT LEGER

DOMINIQUE JEAN CHERTIER et al

BING TANG et al

SKYTEAM ALLIANCE et al

FREDERIC GAGEY et al

PIETER ELBERS et al

PATRICK ALEXANDRE  et al

BENJAMIN SMITH et al

CLYDE AND COMPANY  et al

COUNSEL OF RECORD ET AL

CARSTEN SPOHR ET AL

LUFTHANSA ET AL

("The Group ")

EXCESS BAGGAGE INTERNATIONAL MOVERS et al

BARCLAYS BANK et al

BANK OF LUXEMBOURG et al

PENTAGON FEDERAL CREDIT UNION et al

BRICKELL BANK et al

CONTRACTS FOR CONSTRUCTION .

NORTH CAROLINA  U.S.

LIVIA M. SCOTTO et al

 V.

U.S. BOARD VETERANS AFFAIRS et al

JONATHAN BEATTY et al

AND ANY AND ALL OTHER ENTITIES DEFENDANTS –
APPELLEEES  et al FILED HERETOFORE et al

QATARARI REAL ESTATE HOLDINGS et al

QATAR HOLDINGS et al

SHEIKH ABDULLAH BIN HAMAD et al

BIN KHALIFA AL THNAI TRUST et al

H.G. SHEIKH ABDULLA et al

FREDERIC OUDEA et al

BERTRAND BADRE et al

SOCIETE GENERALE  et al

AIR FRANCE et al

AIR FRANCE KLM et al

AIR FRANCE GROUND SERVICES EMPLOYEES et al

LISBOA ,PORTUGAL et al

And all and any persons defendants entities Board Executives  et al

aforementioned and heretofore filed et al

COUNSEL OF RECORD et al



# MOTION FOR WARRANT FOR ARREST AND MONEY SEIZURES SUMMONS PROPERTY CHATTEL HELD BY ATTORNEY IN FACT

## JESSICA M. Mc CLEAN et al

## PRINCIPLE OF VOLKS ANWALT LAW et al

## 200 LAGUNA VILLA BLVD   UNIT C-23

## JACKSONVILLE BEACH FLORIDA 32250

### AND ALL AND ANY

### OTHER CASES FILED HERETOFORE

**MOTION FOR CONSTRUCTION LIENS  FOR PERCUNIARY LOSSES DAMAGES AND APPEALLANTS PROPERTY  HELD IN PREMISES OF VINCI AIRPORTS ALS AEROPORTOS de LISBOA PORTUGAL   ET AL**

ANA ET AL

**MOTION FOR PROPERTY RECOVERY j, STILL IN POSESSION OF VINCI CONSTRUCTION et al ON APPEALLEES HOLDINGS SLATED FOR  dba  VINCI**

VINCI EUROVIA et al



# RECOVERIES AND MONIES DIVERTED BY APPEALLEES et al

## DAMAGES  $9990000000.00

## $$ 125 MILLION  USD

## NOTICE OF ADDITIONAL APPEALEES

### PROOF OF SERVICE UPON DEFENDANTS ET  AL

### PROOF OF SERVICE

## 19-cv-2443 MOTION TO CONSOLIDATE  19-2476

## C.I.P FILED WITH MOTIONS PENDANCY ON APPEAL CERTIFIED  CERTIFICATE OF SERVICE

ALL ENTITIES SERVED  HEREIN ET AL

NOTICE UPON THE COURT OF APPEALLANTS BRIEFS

BRIEFS  ON APPEAL FILED WITH C.I.P. CONTENTS

11 TH CIR, R,26 1-2  (c )  **FILED WITH CIP IN BRIEFS**

**CONTAINED IN THE MOTION AND PETITION TO**

**UNDER LAW ,I, LIVIA M. SCOTTO .,SWEAR TO**

**CERTIFY TO THAT EFFECT**

**MOTION FOR REINSTATEMENT OF ALL AND ANY**

**FROM OTHER VENUES ON EVIDENCE OF LEGAL JUDICIAL MALPRACTICE**

**MISCONDUCT OF JUDICIAL OFFICERS et al**

**,PROFESSIONAL LIABILITY CONCEALMENT IN FACT OF "ATTORNEYS IN FACT" et al**

**CASES HERTOFORE FILED 18:14043-J**



Mobile  nu. 813.708.2038

**MOTION TO CLERKS DUTY  TO SEND COPIES OF CASE DOCUMENTS ,RECORDS  EXHIBITS NOTICES OF DOCKETING STATEMENTS**

**MOTION TO  RECUSE JUDGES BRODIE**

**MOTION TO RECUSE JUDGE BLOOM**

**AND OTHER RELATED CASES FILED HERETOFORE CASE  #  19-2476**

**AND U,S, C. A.   2ND  CIR,APPEAL CASE      ON APPEAL                 19-1456**

**MOTION TO CONSOLIDATE CASE S**

**BRIEF ON APPEAL**

**MOTION TO FILE FOR CERTIFIED COPY  DOCKETING  STATEMENT**

**BRIEFS ON THE MERITS**

**DOCKETING   STATEMENY**

**SUMMONS WITH NOTICE**

**SUMMONS AND REAMMENDED COMPLAINT APPEAL AND VERIFIED PETITION**

**ORDER TO SHOW CAUSE**

**NOTICE UPON THE COURT OF C.I.P.**

**NOTICE OF AMMENDED APPEAL  ADDITIONAL APPEALLEES ET AL**

**NOTICE OF MOTIONS OF CONSTRUCTION LIENS ON APPEALLEES CONTRACTS HOLDINGS et al**


# MOTION FOR EXTENSION OF TIME

# MOTION FOR COURT TO SERVE APPEALLEES  WITH SUMMONS WARRANTS  SUBPOENA LIENS RES PLEVINS ORDERS OF PROPERTY



# RECOVERIES AND MONIES DIVERTED BY APPEALLEES et al

## DAMAGES  $9990000000.00

## $$ 125 MILLION  USD

## NOTICE OF ADDITIONAL APPEALEES

### PROOF OF SERVICE UPON DEFENDANTS ET  AL

PROOF OF SERVICE

### 19-cv-2443 MOTION TO CONSOLIDATE  19-2476

### C.I.P FILED WITH MOTIONS PENDANCY ON APPEAL CERTIFIED  CERTIFICATE OF SERVICE

ALL ENTITIES SERVED  HEREIN ET AL

NOTICE UPON THE COURT OF APPEALLANTS BRIEFS

BRIEFS  ON APPEAL FILED WITH C.I.P. CONTENTS

11 TH CIR, R,26 1-2  (c )  **FILED WITH CIP IN BRIEFS**

**CONTAINED IN THE MOTION AND PETITION TO**

**UNDER LAW ,I, LIVIA M. SCOTTO .,SWEAR TO**

**CERTIFY TO THAT EFFECT**

**MOTION FOR REINSTATEMENT OF ALL AND ANY**

**FROM OTHER VENUES ON EVIDENCE OF LEGAL JUDICIAL MALPRACTICE**

**MISCONDUCT OF JUDICIAL OFFICERS et al**

**,PROFESSIONAL LIABILITY CONCEALMENT IN FACT OF "ATTORNEYS IN FACT" et al**

**CASES HERTOFORE FILED 18:14043-J**



Mobile  nu. 813.708.2038

MOTION TO CLERKS DUTY  TO SEND COPIES OF CASE DOCUMENTS ,RECORDS  EXHIBITS
NOTICES OF DOCKETING STATEMENTS

MOTION TO  RECUSE JUDGES BRODIE

 MOTION TO RECUSE JUDGE BLOOM

AND OTHER RELATED CASES FILED HERETOFORE CASE  #  19-2476

AND U,S, C. A.   2ND   CIR,APPEAL CASE     ON APPEAL                    19-1456

MOTION TO CONSOLIDATE CASE S

 BRIEF ON APPEAL

MOTION TO FILE FOR CERTIFIED COPY  DOCKETING  STATEMENT

 BRIEFS ON THE MERITS

 DOCKETING  STATEMENY

SUMMONS WITH NOTICE

SUMMONS AND REAMMENDED COMPLAINT APPEAL AND VERIFIED PETITION

ORDER TO SHOW CAUSE

NOTICE UPON THE COURT OF C.I.P.

NOTICE OF AMMENDED APPEAL  ADDITIONAL APPEALLEES ET AL

NOTICE OF MOTIONS OF CONSTRUCTION LIENS ON APPEALLEES CONTRACTS HOLDINGS et al


# MOTION FOR EXTENSION OF TIME

# MOTION FOR COURT TO SERVE APPEALLEES  WITH SUMMONS WARRANTS  SUBPOENA LIENS RES PLEVINS ORDERS OF PROPERTY

# MOTION FOR WARRANT FOR ARREST AND MONEY SEIZURES SUMMONS  PROPERTY CHATTEL HELD BY ATTORNEY IN FACT

## JESSICA M. Mc CLEAN et al

## PRINCIPLE OF VOLKS ANWALT LAW et al

## 200 LAGUNA VILLA BLVD   UNIT C-23

## JACKSONVILLE BEACH FLORIDA 32250

### AND ALL AND ANY

#### OTHER CASES FILED HERETOFORE

**MOTION FOR CONSTRUCTION LIENS  FOR PERCUNIARY LOSSES DAMAGES AND APPEALLANTS PROPERTY  HELD IN PREMISES OF VINCI AIRPORTS ALS AEROPORTOS de LISBOA PORTUGAL   ET AL**

**ANA ET AL**

**MOTION FOR PROPERTY RECOVERY j, STILL IN POSESSION OF VINCI CONSTRUCTION et al ON APPEALLEES HOLDINGS SLATED FOR  dba  VINCI**

**VINCI EUROVIA et al**



CONTRACTS FOR CONSTRUCTION .

NORTH CAROLINA  U.S.

LIVIA M. SCOTTO et al

 V.

U.S. BOARD VETERANS AFFAIRS et al

JONATHAN BEATTY et al

AND ANY AND ALL OTHER ENTITIES DEFENDANTS –
APPELLEEES  et al FILED HERETOFORE et al

QATARARI REAL ESTATE HOLDINGS et al

QATAR HOLDINGS et al

SHEIKH ABDULLAH BIN HAMAD et al

BIN KHALIFA AL THNAI TRUST et al

H.G. SHEIKH ABDULLA et al

FREDERIC OUDEA et al

BERTRAND BADRE et al

SOCIETE GENERALE  et al

AIR FRANCE et al

AIR FRANCE KLM et al

AIR FRANCE GROUND SERVICES EMPLOYEES et al

LISBOA ,PORTUGAL et al

And all and any persons defendants entities Board Executives  et al

aforementioned and heretofore filed et al

COUNSEL OF RECORD et al



LIST OF INTERESTED PERSONS et al

All JOHN DOE  REINSURERS ET AL

INSURANCE  COMPANIES OF THE EXECUTIVE BOARD  ET AL

CORPORATE DISCLOSEURE

LIST OF PARTIES PERSONS SUBSIDIARIES

 AFFILIATES ET AL et

 ALL  Underwriters and Reinsurers  et al  of  aforementioned

And heretofore filed et al


19-2902


 BRIEF ON APPEAL   DEFENDANTS  STRICT LIABILITYBREACH DUTY FRAUD PROFESSIONAL LIABILITY


BOARD OF VETERANS AFFAIRS

U.S.COURT OF VETERANS APPEALS


LIVIA M. SCOTTO

   V.

U.S. VETERANS AFFAIRS et al

BOARD OF VETERANS AFFAIRS HONOLULU HAWAII et al

SOCIETE GENERALE et al

EDOUARD-MALO HENRY  ET AL

SOCIETE GENERALE SA et al

189 rue d'Aubervilliers

75886 PARIS CEDEX 18

TOURS SOCIETE  GENERALE et al

75886 PARIS  CEDEX 18 FRANCE

ALAIN BOZZI et al

LVMH MOET HENNESSY LOUIS VUITTON S.E. et al

VTB BANK et al

SOLVAY  SA et al

And all and any Shareholders et al , affiliates et al

UNITED CONTIENTAL HOLDINGS et al

AIR FRANCE -KLM et al

DELTA AIRLINES et al

MARK FRANKLIN SCHWAB et al

STAR ALLIANCE GLOBAL  AFFILIATES et al

GmBH FRANKFURT  et al

ANN MARIE COUDERC et al

GEORGE MATTSON et al

EURONEXT DG et al

XAVIER HULLIAD et al

NICHOLAS NOTEBAERT et al

*NEW YORK , SOUTHERN DISTRICT OF NEW YORK NEW JERSEY, STATE VENUES SUPREME COURTS OF THE AFOREMENTIONED STATES .*

*I, LIVIA M. SCOTTO , PLAINTIFF,   HERBY BY SWORN AFFIDAVITT FILE COMPLAINT AS A RIGHT OF ACTION     BY CAUSE OF ACTION , ON  DIVERSITY OF CITIZENSHIP , LEGAL RESIDENCE  BROOKLYN NEW YORK , VALRICO FLORIDA .  ON NOTICE OF APPEARANCE AFFIDAVITT ,  MOTION TO ORDER AND REMOVE FOR THE PRODUCTION OF THE RECORD, MOTION FOR APPOINTMENT OF COUNSEL*

 *LEGAL MEMORANDUM   AFFIDAVITT OF  LEGAL MALPRACTICE BY PLAINTIFF'S ATTORNEY IN FACT  COUNSEL OF RECORD TO DATE   CONCEALMENT BY LAWYER S,  ATTORNEY IN FACT UNDER DISCIPLINE , ATTORNEYS OF RECORD ABANDONMENT , PREMISE LIABILITY JOINT  SEVERAL  LIABILITY, by "AGENCY " TORTFEASANCE , "DERILICTION  OF DUTY" CORRUPTION  OF U.S.D.C. JUDICIAL OFFICERS  OF  MAUI HONOLULU HAWAII,  OFFICIALS OF UNIVERSITY OFFICE OF CHANCELLOR    ORIGINAL  RECORDS AGENCY COUTSPOILATION  OF EVIDENCE  OF ORIGINAL VENUE OF U.S.D.C. JUDICIAL NEGLIGENCE ,H.I.P.PA. FRAUD DEFAMATION SLANDER ,ACTIONABLE LIBEL , OERJURY*
              *FILED HEREIN WITH EVIDENCE , CERTIFICATE OF SERVICE UPON DEFENDANTS FILED ,SERVED HERETOFORE FILED IN THIS VENUE TO DATE.*

*EXHIBITS DISCRIMINATORY PRACTICE ASSAULTS  LENDING BANK FRAUD  JURISTDICTIONAL STATEMENT  FEDERAL QUESTION*
 *18 U.S.C.S ss . 1911 – thru -18 U.S.C. S. .ss 1968*
 *15 U.S.C.S. ss 1692 p.,*
 *31 U.S.C.S. ss , 3729*                    *28 U.S.C. S. 201 , -219  SS 509*
 *28 U.S.C.S. SS 219 – 509*
 *28 U.S.C.S ss 201*                     *42 U.S.C.S. 2000  (a) (1)(B)*
 *18 U.S.C.S. 1967*
 *18 U.S.C. 1334  ss*
 *MOTIN FOR THE APPOINTMENT OF COUNSEL on GROUNDS  42 USCS 2000 (f)OF EMPLOYMENT DISCRIMINATION  SEXUAL HARASSMENT  ASSAULTS DETAINMENT FALSE IMPRISONMENT OTHER SPECIFIED DAMAGES.*

# TO SHOW CAUSE  STANDING

## LIVIA M. SCOTTO

*v.*

## UNITED STATES OF STATE et al



JONATHAN BEATTY et al

MEDERIOS TRUST et al

COUNTY OF MAUI et al

COUNTY OF HONOLULU et al

CORPORATION COUNSEL et al

NEL NET et al

JEFFREY R. NOORDHOEK et al

MICHAEL DUNLAP et al CEO et al

WILLIAM J. MUNN et al

COUNSEL OF RECORD et al

ASAP UNION BANK TRUST et al

UNITED STATES DEPT OF JUSTICE et al

DEPARTMENT OF EDUCATION et al

OFFICE OF CIVIL RIGHTS et al

U.S. EDUCATION OCR OF SEATTLE

WASHINGTON ,DISTRICT OF COLUMBIA

STATE OF HAWAII et al
U.S. TREASURY et al

PENTAGON FEDERAL CREDIT UNION et al

*Bank of Hawaii ,et al*

*Wells Fargo  Bank et al*

*MAUI COMMUNITY COLLEGE et al*

*UNIVERSITY OF HAWAII et al*

*JONATHAN BEATTY et al*

*MEDERIOS TRUST et al*

*M.DYER AND SONS ,INC. et al*

*CORPORATION  COUNSEL OF MAUI ,*

*COUNTY*

et al



*et al*

## *CORPORATION COUNSELOF HONOLULU ,*
### *Hawaii*
*et al*

*ARNAUD JACQUEMINet al*

*LORENZOBINI SMAGHI et al*

*And all shareholderparties, entities , et al*

*FREDERIC ODUEA et al*

*SGHAMBROS et al*

*BANQUE DE FRANCE et al*

*SOCIETE GENERALE et al*

*AIR FRANCE ET AL*

*UNITEDAIRLINES et al*

*UNITEDCONTIENTALHOLDINGS et al*

*And all and any defendantsfiled heretoforeet al*

*Counsel of record have been served BY ELECTRONIC AND PROOF OF SERVICE UPON Corporate HEADQUARTERS ET AL*

*BRIEFS ON THE APPEAL*

*AIR PASSENGERRIGHTS AIR SPACE*

*HUMAN RIGHTS VIOLATIONS*

*FILED WITH MOTIONS*

*NOTICE OF PENDANCY*

*MOTIONFOR APPOINTMENTOF*

*COUNSEL*

*MOTIONFOR BOND FOR COSTS*

*PURSUANTTO RULE FRAP.*

*NOTICE OF FINANCIAL*

*HARDSHIP*

*MOTION FOR FOREIGN SERVICE*

*MOTION FOR SURETY BOND FOR*

*ASSIGNED COUNSEL ATTORNEYFEES*

*COSTS EXPENSES BILLABLE HOURS*

*EXPERT OPINION IN CASE FOR*

*THE INTEREST OF JUSTICE*

*MOTIONFOR TRAVEL EXPENSES TO VENUE*

*MOTIONFOR RES PLEVIN UPON APPEALLEES*

*MOTIONFOR RECOVERY OF PROPERTY*

*HELD IN PREMISES OF DEFENDANTS*

*Motion for AWARDS FOR PUNITIVE,*
*PERCUNIARY, HEDONIC, SPECIAL,*
*COMPENSATORYDAMAGES AND CIVIL MONEY*
*PENALTIES CLAWBACKS  of LOAN DIVERSIONS*
*LOSS OF SEVICE ANIMAL,DENIALOF  MEDICAL*

*TREATMENT TO INTERNATIONAL*
*DESTINATIONDENIEDBY  THE*

*AFOREMENTIONED DEFENDANTS ,
APPEALLEES et al*

*TORTURIOUS INTERFERENCE*

*OF DEFENDANTS  ET AL*

*CAUSE IN FACT OF*

*IRREPARABLEMENTAL,HARMS*

*EMOTIONAL HEDONIC HARMS*

*PHYSICALHARMS*

*MOTIONTO RECOVER INTELLECTUALAND
DESIGNERPROPERTY*

*MOTIONTO CLAWBACK PRINCIPLE LOANS
BANK DEPOSITS*

*UNITEDCONTIENTALHOLDINGS ET AL
EMPLOYEES ET AL OF UNITEDAIRLINES DATA
BREECH HACKING OF TRAVEL ITINERARY
FLIGHT DETAIL*

*CAUSE IN FACT OF SEXUAL ASSAULTS*

*SLEEP DEPRIVATION, MALNUTRITION*

*INVASIONOF PRIVACY UPON*

*SECLUSION,  STALKING*

UNITED STATES DISTRICT COURT

## NOTICE OF LIS PENDENS

### AGAINST DEFENDANTS PROPERTIES HOLDINGS

**DEMAND FOR ACTUAL PERCUNIAR**
SPECIAL HARMS FOR                    PUNITIVE
DAMAGES   $ 99775 BILLION .000.000.000.00

LIVIA M. SCOTTO

ANGELA F. SCOTTO SCIABARRA et al
DELICTISCIENCE LIABILITY

CYNTHIA A SCIABARRA et al

MICHAEL V. SCOTTO - SCIABARRA et al

PRODUCTS LIABILITY

MISDIAGNOSIS MALPRACTICE

MISFEASANCE-MALPRACTICE      TORT

v.

THE DEFENDANTS PUBLIC FINANCE
AUTHORITY et al   ILLEGAL TAKINGS
CLEARSTREAM HOLDINGS et al

SOUTH                                    LIVIA M. SCOTTO

SPRINGSTREET BANK et al



Camela Scalabrin
2710 Golf Heights Cir
Valrico, FL 33596

UNITED STATES
POSTAL SERVICE

USPS RETAIL GROUND®

SHIP
TO:
PHILADELPHIA PA 19101

Retail

US POSTAGE PAID
**$15.55**

Origin: 33594
08/13/22
1191500345-13

2 Lb 11.50 Oz
1006

USPS SIGNATURE® TRACKING #

9534 9161 8222 2225 9228 86

United States District Court
Clerk of the Court, Eastern District,
U.80C PAED U.S. Courthouse

James A. Byrne,
601 Market Street
Philadelphia, P.A., 19101



RECEIVED
AUG 2 2 2022