| | |
|---|---|
| **From:** | Livia Scotto <liviamscotto@outlook.com> |
| **Sent:** | Thursday, October 6, 2022 11:43 AM |
| **To:** | PAED Documents |
| **Subject:** | RE:Fees paid  MOTION  EXTENTION TIME |

**CAUTION - EXTERNAL:**

Case n 2:2 2 -cv- 3434
2;22 2-cv-3625
Case nu; 2[22-cv-3626
Case nu. 2;22-cv-3623
All fees were sent in  by checks  sent with filing s additionally please inform  U.S.D.C. Judge  my attorney will make Notice of Appearance   ,
Please Advise,
Livia Scotto I  Due to Hurricane Ian  I am requesting Motion To Move the  Venue TO ENLARGEMENT OF TIMECITING    DAMAGES  TO PROPERTY  AND OTHER HARMS .

ent from Mail for Windows

**From:** PAED Documents
**Sent:** Thursday, July 28, 2022 4:39 PM
**To:** Livia Scotto
**Subject:** RE: Open ding casespen

Hello,

Can you please provide the case numbers that you are referring to.

Thank You

**From:** Livia Scotto <liviamscotto@outlook.com>
**Sent:** Thursday, July 28, 2022 2:30 PM
**To:** PAED Documents <paed_documents@paed.uscourts.gov>
**Subject:** Open ding casespen

**CAUTION - EXTERNAL:**

What is the status of all cases heretofore filed as I never received order by paper  mailing as to the  statutes or opinions on  such  orders ,moreover I am requesting  filing fees returned  reimbursed immediately.
Please advise  ,
Livia M. Scotto

Sent from Mail for Windows

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.