# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-3247

Livia Scotto v. USA, et al

(U.S. District Court No.: 2-22-cv-03434)

## ORDER

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.


For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    December 29, 2022
JK/cc:    Livia M. Scotto,
Mr. George V. Wylesol,
Robert A. Zauzmer, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate